# EXHIBIT 1



# Privacy Policy

## Last Updated: December 30, 2019

J.B. Hunt Transport Services, Inc. and its subsidiaries and affiliates ("J.B. Hunt," "we," "us," or "our") take your privacy seriously, so we want you to know how we collect, use, share and protect your personal information.

## This Privacy Policy tells you:

— What information we collect about you
— How we use the information we collect about you
— How we may share information about you
— How we protect the information we collect
— How to update or correct your personal information

This Privacy Policy applies to personal information that we collect about you on this website, jbhunt.com (the "Website") and to personal information that you submit to us or that we collect via online fillable forms, email or SMS campaigns, our mobile applications, software, or any other J.B. Hunt product or service that incorporates this Privacy Policy by reference (all of which, including the Website, are collectively referred to in this Policy as the "Site"). California consumers should refer to the California Privacy Policy located here.

For all non-U.S. users of, or visitors to, the Site, any information you provide, including any personal information, will be transferred to and processed by, a computer server located within the United States. Your personal information will be handled in accordance with this Privacy Policy and U.S. law, which may be less stringent than the law where you reside.

Feedback 😊

# The Information We Collect About You

Information You Provide to Us or Authorize Us to Receive

We collect information that you voluntarily share with us or permit us to receive. For example, when you create an account, request a quote, seek product details, or use the Site's products and services, the information we collect from you on the Site may include, among other data:

— Your name

— Your email address

— Your phone number

— Your fax number

— Your address

— Your organization

— Your customer number

— Your rep group

— Information that you enter, in narrative form, into request forms, live customer service chats, or inquiries or other communications submitted by email

— Your username and password for your account

— U.S. Department of Transportation Number

— FMCSA Operating Authority Number (MC Number)

— Additional account profile information, such as preferred language

— When using the J.B. Hunt 360 applications, (a) the user logged into the application, (b) order number, (c) whether tracking is enabled (and if tracking is turned off, when it was turned off), and (d) latitude and longitude position data of loads at 15-minute intervals (while loads are active)

— With respect to the J.B. Hunt DRIVE mobile application, location information necessary (a) to determine the speed of the mobile device, (b) to capture the location of a maintenance service request, and (c) to track the location of certain loads and photographs taken while using the application

Feedback

# Surveys and Contests

From time-to-time, our Site may request information in order for you to participate in surveys or contests. Participation in these surveys and contests is completely voluntary; you may choose whether or not to participate and therefore whether to disclose the requested information. Information requested may include contact information (such as name and shipping address) and demographic information (such as zip code or age level). For contests, contact information will be used to notify the winners and award prizes, and may be used for other purposes, if specified. Survey information will be used for purposes of monitoring or improving the use and satisfaction of this Site and J.B. Hunt services. J.B. Hunt may use third-party services to administer surveys through the Site or through links to external websites or applications. Your participation in surveys administered by third parties is subject to the terms and conditions and privacy policies of such third parties.

# Information We Collect Through Technology

We collect information through technology to enhance our ability to serve you. For example, when you visit the Site, we may collect your domain name, Internet Protocol (IP) address, browser version, operating system, and the website you passed through to reach our Site. In addition, our Site gathers certain usage information like the numbers and frequency of visitors to the Site and its areas, activity levels, most used browsers, and other useful statistics similar to the television ratings which tell how many people tuned into a program.

# Do we use Cookies on our site?

Feedback

Yes. Cookies, tags, and related tracking technologies ("Cookies") are small files that a site or its service provider transfers to your computer's hard drive through your web browser, your device, or the page you are viewing that enables the Site to recognize your browser and capture and remember certain information. We use Cookies to help us understand and save your preferences for future visits to the Site. For example, when you return to the Site after prior visits, Cookies provide information to the Site so that it will immediately recognize you as a return visitor, which can improve your browsing experience and save you time when returning to the Site or specific pages on our Site. We also rely on Cookies from our third party advertising providers to better understand how you interact with the Site and other websites you may visit, in order to present advertising that may be of interest to you (also known as interest-based advertising).

Depending on the browser you use, you can choose to have your computer warn you each time certain Cookies are used, or you can choose to turn off certain Cookies by adjusting your browser settings. Like other websites, if you turn off certain Cookies, some of the features on the Site may not function properly.

In addition, please also visit the Digital Advertising Alliance, Network Advertising Initiative, and Digital Advertising Alliance of Canada to learn more about Cookies used for interest-based advertising by third parties, and the choices you have to opt out of such Cookies.

# Google Analytics, Facebook, and Other Third Parties

We use Cookies provided by Google Analytics, a third-party service provider, to assist us in better understanding visitors to the Site. These Cookies collect data tied to a user's IP address such as the length of time a

user spends on a page, the pages a user visits, and the websites a user visits before and after visiting jbhunt.com. Based on this information, Google Analytics compiles aggregate data about Site traffic and Site interactions, which we use to offer you a better experience when you visit jbhunt.com. Other Google advertising features we use include Dynamic Remarketing, DoubleClick, and AdWords Conversion. You can obtain more information about Google Analytics here: https://www.google.com/analytics/learn/privacy.html?hl=en-GB. For information about how to prevent your data from being used by Google Analytics, visit https://support.google.com/analytics/answer/181881?hl=en&ref_topic=2919631.

Facebook and other third parties may use Cookies, web beacons, and other storage technologies to collect or receive information from JBHunt.jobs and elsewhere on the internet and use that information to provide measurement services and targeted ads to website users. You may opt out of the collection and use of your information for ad targeting by visiting http://www.aboutads.info/choices. You may also view your Facebook ads settings to update your preferences at any time.

# Device Identification

We may collect your unique device identification, advertising identifier, user identification, and other persistent identifiers (collectively, "Device ID") to evaluate and improve software functionality, for J.B. Hunt's internal business purposes (including but not limited to business analytics, sales, marketing, and recruiting), and in certain cases, to serve advertising.

Your 'Do Not Track' Browser Setting
Do Not Track ("DNT") is a preference you can set in your browser's settings to let the websites you visit know that you do not want the websites collecting your personal information. Our Site does not currently respond to DNT browser settings across all pages and features of the Site. We will

not collect personal information about your online activities over time and across third-party websites or online services, regardless of whether you choose the DNT browser preference. However, we may use trusted third-party tools to analyze website usage, monitor performance, and prevent fraud. These tools may collect personal information about you or your online activities at this Site or across different sites over time by using Cookies or by any other means.

We may also use aggregated data to improve business efficiencies, our Site, and related services to you.

# Links to and Plug-Ins from Other Websites or Media

The Site includes links from the Site to sites or applications operated by third parties as well as plug-ins that permit access to third-party sites (such as Twitter buttons) and, with respect to the J.B. Hunt 360 applications, a hosted payment portal (collectively, "Third-Party Sites"). We do not control any Third -Party Sites, and we are not responsible for any information they may collect. The information collection practices of a Third -Party Site are governed by that site's privacy policy. It is your choice to enter any Third -Party Site. We recommend that you read the privacy policy of any Third-Party site that you choose to visit from the Site.

## How We Use the Information We Collect About You

We use the information we collect about you to serve you and improve your experience at the Site. Some examples include the following:

— Responding to your requests
— Processing your orders

— Conducting research and analysis

— Marketing and advertising products and services

— Conducting contests and surveys

— Continuously evaluating and improving customer service and our online user experience

We may also use aggregated data to improve business efficiencies, our Site, and related services to you.

# How We May Share Information About You

We do not sell, rent, or trade your personal information to third parties. The following are some of the ways we may share your information:

— Business Associates: We may share your personal information with our business associates, including but not limited to customers, rail providers, and third-party motor carriers. For example, if you submitted a request for temperature-controlled freight shipping, we might share your information with one of our approved refrigerated carriers.

— Third-Party Service Providers: We will share your personal information with third-party service providers under contract with us to help us provide services to you. We may, for example, retain a third party to help us determine what marketing information you might find useful. We may also disclose your personal information to an attorney in the process of obtaining legal advice. We require these third-party service providers to provide safeguards for your personal information similar to the ones that we provide.

— Required Disclosures: We may be required to share personal information in response to a court order, subpoena, civil discovery request, other legal process, or as otherwise required by law.

Feedback

— Legal Compliance and Protections: We may disclose account and other personal information when we believe disclosure is necessary to comply with the law or to protect the rights, property, or safety of J.B. Hunt, our users, our employees, or others. This may include exchanging personal information with other companies and organizations for fraud protection and credit risk reduction.

— Corporate Transactions: We may disclose your personal information to prospective purchasers of any interest in J.B. Hunt or its assets.

# How We Protect the Information We Collect

The security and confidentiality of your personal information is important to us. We have implemented technical, administrative, and physical security measures to protect your personal information from unauthorized access or disclosure and improper use. For example, we use 256-bit Secure Sockets Layer (SSL) encryption to protect the data collection forms on the Site. In addition, access to your personal information is restricted in our offices. Only employees who need the personal information to perform a specific job (for example, a customer service representative) are granted access to personal information. All employees with access to personal information are kept up-to-date on our security and privacy practices. After a new policy is added, these employees are notified and/or reminded about the importance we place on privacy, and what they can do to enhance protection for our customers' personal information. In addition, the servers that we use to store personal information are kept in a secure, restricted access area.

It is important for you to protect against unauthorized access to your computer and to your account. Be sure to log out of your account or to close your browser after you have completed your visit to our Site.

Feedback

Please note that despite our reasonable efforts, no security measure is ever perfect, so we cannot guarantee the security of your personal information.

## Children's Online Privacy Protection Act Compliance

We do not collect any information from anyone under 13 years of age. Our Site, products, and services are all directed to people who are over the age of 13. If you are under the age of 13, you are not authorized to use this Site.

## Ownership of Information and Materials You Voluntarily Submit to Us Via the Site

Except as otherwise provided in any Terms and Conditions applicable to the Site, we are the sole owners of any information that you submit through the Site, and any photos, documents, works of authorship, or other items ("Contributed Materials") that you voluntarily provide to us through the Site. We are not obliged to return any Contributed Materials to the person contributing them. We reserve the right to delete, modify, or create derivative works based on Contributed Materials prior to using them on the Site or for other purposes except where prohibited by copyright laws. Minors (someone under the age of 18) should not submit any Contributed Materials without the prior consent of their parent or legal guardian.

## MapPoint Terms of Use and Privacy Statement

We use Microsoft MapPoint software which conforms to the following terms of use and privacy policy:

Feedback

Microsoft MapPoint Terms of Use:

http://go.microsoft.com/fwlink/?LinkId=21969

Privacy Statement:

https://privacy.microsoft.com/en-us/privacystatement

## Copyright Notice:

All Contents Copyright © 2017, J.B. Hunt Transport Services, Inc. and J.B. Hunt Transport, Inc. All rights reserved. All text, images, graphics, animation, videos, music, sounds and other materials on the Site are subject to the copyrights and other intellectual property rights of J.B. Hunt. J.B. Hunt owns the copyrights in the selection, coordination and arrangement of the materials on this site. These materials may not be copied for commercial use or distribution, nor may these materials be modified or reposted to other sites.

# Have a Question or Want to Update or Correct Your Personal Information?

If you have any questions about this Privacy Policy, we'll do our best to answer them promptly. In addition, please let us know if you would like to update or correct your personal information. Here's how to contact us:

Our mailing address is:

J.B. Hunt Transport, Inc.

P. O. Box 130

Lowell, AR 72745

Attn: Director of IP3 Team

We can also be reached at IP3@jbhunt.com or by telephone at 1-833-710-4980.

Feedback

# Privacy Policy Updates

If we change this Privacy Policy, we will post those changes on this page and update the "Last Updated" date above, which shall constitute the effective date of any changes we made to the Privacy Policy. We encourage you to visit this page on a regular basis to stay apprised of any modification to this Privacy Policy.

If we materially change this Privacy Policy in a way that affects how we use or disclose your personal information, we will notify you by prominently posting a notice of such changes on our homepage before implementing them and by stating the effective date of the changes. Your continued use of the Site following the effective date of any such changes constitutes your full acceptance of those changes.

Feedback

**J.B. Hunt 360**

**Technology Support**

**Driver Technology**

**Case Studies**

**Read Our Blog**

**Carrier 360**

**Shipper 360**

## Connect With Us

    

**Privacy Policy      California Privacy Policy**

This site and all content is ©2021 J.B. Hunt Transport, Inc. The J.B. Hunt logo, content or images may not be used or reproduced by any means without express, written consent.

Feedback