### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**GEORGE WILSON; THORNELL BROWN;**
**CASEY JENKINS; CURTIS SIMPKINS;**
**AARON FOWLER; and CHARLES BAKER,**
on behalf of themselves and all others similarly situated          **PLAINTIFFS**

**V.**                          **CASE NO. 5:21-CV-5194**

**J.B. HUNT TRANSPORT, INC.**                          **DEFENDANT**

<u>**JUDGMENT**</u>

      **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant J.B. Hunt Transport, Inc.'s Motion to Dismiss (Doc. 44) is **GRANTED** under Rule 12(b)(1) due to Plaintiffs' lack of standing to sue.  Though Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**, the Court considers the dismissal to be final and immediately appealable for the reasons stated in the Court's Memorandum Opinion and Order filed this day.

      **IT IS SO ORDERED AND ADJUDGED** on this 6th day of October, 2022.

                         _____
                         TIMOTHY L. BROOKS
                         UNITED STATES DISTRICT JUDGE